Aug-02-2005 09:34am From-U.S. ATTORNEY'S OFFICE    303 454 0402    T-248 P.002/005 F-263

RECEIVED JUL 2 8 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-CV-1421

UNITED STATES OF AMERICA,

Plaintiff,

v.

1999 LINCOLN NAVIGATOR, VIN 5LMPU28A6XLJ36310;

Defendant.

*(Filed stamp: UNITED STATES DISTRICT COURT, COLORADO, AUG 0 9 2005, GREGORY C. LANGHAM, CLERK)*

---

### ORDER FOR WARRANT AND SUMMONS FOR ARREST OF PROPERTY *IN REM*

---

Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Verified Complaint filed herein that the Court has jurisdiction over defendant 1999 LINCOLN NAVIGATOR, VIN 5LMPU28A6XLJ36310 ("defendant Navigator"), and it appears, for the reasons and causes set forth in the Complaint that there is probable cause to believe the defendant Navigator is subject to a decree of forfeiture, and that a Warrant and Summons for Arrest of defendant Navigator should enter.

IT IS THEREFORE ORDERED AND DECREED that a Warrant and Summons for Arrest of Property *In Rem* for defendant Navigator shall issue as prayed for, and that the United States Marshals Service or its representatives be directed to arrest and seize the defendant Navigator.

IT IS FURTHER ORDERED that a return of this Warrant and Summons shall be promptly made to the Court; and

AUG-02-2005 09:43    3034540402    99%    P.02

IT IS FURTHER ORDERED that all persons claiming an interest in or right against defendant Navigator shall file their Verified Statement of Interest with the Clerk of this Court pursuant to Rule C(6)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims, within thirty (30) days after the earlier of (1) receiving actual notice of execution of process, or (2) last publication of notice under Rule C(4), or after such additional time as the Court may allow, and shall serve and file their Answers to the Verified Complaint within twenty (20) days after the filing of the Verified Statement of Interest with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell for the District of Colorado, 1225 17th Street, Suite 700, Denver, Colorado.

DONE at Denver, Colorado, this 9th day of Aug, 2005.

BY THE COURT:

UNITED STATES MAGISTRATE JUDGE
O. Edward Schlatter
United States Magistrate Judge
Denver, Colorado

-2-

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:    05-cv-1421 WDM-OES

CERTIFICATE OF SERVICE

The undersigned certifies that an **ORDER** signed by **Magistrate Judge O. Edward Schlatter** on **8/9/05** was mailed or placed in the appropriate D.C. Box to the following:

James S. Russell
U.S. Attorney's Office
1225 Seventeenth Street #700
Denver, CO 80202

**Dated: August 10, 2005**

GREGORY C. LANGHAM, CLERK

By: _____
Bonnie McCarty, Deputy Clerk